461 A.2d 868

Commonwealth v. Stevenson, Appellant.

Submitted February 16, 1983. Anthony D. Reagoso, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.